Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA BOSKOVICH, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF TACOMA, a governmental entity under the laws of the State of Washington,<br><br>      Defendant. | NO. C05-5099FDB<br><br>STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S MEDICAL/COUNSELING RECORDS, PERSONAL AND FAMILY INFORMATION AND DEPOSITION TESTIMONY |

## STIPULATION

COME NOW the parties, by and through their attorneys of record, and hereby stipulate to the entry of a Protective Order regarding the Plaintiff's medical/counseling records, sensitive personal information and deposition testimony. The form and substance of the Protective Order stipulated to are set forth below.

/ / /

/ / /

/ / /

STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S
MEDICAL/COUNSELING RECORDS, PERSONAL INFORMATION
AND DEPOSITION TESTIMONY - 1

DATED this _____ day of _____, 2006.

| STRITMATTER KESSLER WHELAN WITHEY COLUCCIO | TACOMA CITY ATTORNEY CIVIL DIVISION |
|---|---|
| _____ | _____ |
| MICHAEL WITHEY, WSBA #4787 | JEAN HOMAN, WSBA #27084 |
| KEVIN COLUCCIO, WSBA #16245 | Counsel for Defendant |
| Counsel for Plaintiff | |

ORDER

Based upon the parties' foregoing stipulation and agreement, IT IS HEREBY ORDERED that the Plaintiff's medical and counseling records (including mental health records), prior family history and mental health treatment and counseling, including her social security number, and any portions of deposition testimony relating to Plaintiff's family history and mental health treatment and counseling provided by Plaintiff Sylvia Boskovich or any other deponent in these proceedings shall be subject to the Protective Order. The Plaintiffs' medical and counseling records (including mental health records), medical history and sensitive personal information, including social security number, and any portions of deposition testimony relating to Plaintiff's family history and mental health treatment and counseling provided by Plaintiff or any other deponent in this litigation regarding the Plaintiff including, but not limited to, any documents or deposition testimony discussing such medical records, counseling records, medical history and sensitive personal information, are to be referred to as "Protection Documents" as hereinafter set forth.

1. The term "Protected Documents" as used herein, shall mean any document produced during discovery that relates to the Plaintiff's medical treatment (including mental health treatment), consultation and history. The term "Protected Documents" as used herein shall

STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S MEDICAL/COUNSELING RECORDS, PERSONAL INFORMATION AND DEPOSITION TESTIMONY - 2

STRITMATTER KESSLER WHELAN WITHEY COLUCCIO

200 Second Ave. W.
Seattle, WA 98119
Tel: 206-448-1777

1  also mean any document pertaining to personal information regarding the Plaintiff, including, but
2  not limited to, tax returns, W-2's, insurance policies, social security, employment records and
3  school records.  A "Protected Document" shall continue to be a "Protected Document" until such
4  time as the parties agree in writing that the document is no longer considered to be a "Protected
5  Document" or there is a finding by this Court that the document is not the proper subject of
6  protection under Federal Rules of Civil Procedure.   Nothing herein shall preclude the use of any
7  "protected document" at trial, subject to the applicable rules of evidence and any further
8  protective orders entered by the court.
9          2.      Without further order of this Court, the Defendant and his representative may
10 show "Protected Documents" and may disclose the contents thereof, only to the following
11 persons (hereinafter referred to as "qualified persons"):
12          a.      The Defendant in this action and his insurer's representative;
13          b.      Counsel of record in this action for the Defendant;
14          c.      Regular employees of such counsel assigned to and necessary to assist
15                  such counsel in the preparation or trial of this action;
16          d.      Experts including all consulting and potential trial experts, to the extent
17                  necessary for preparation of an opinion or testifying by that expert, subject
18                  to all of the terms and conditions of this Order, provided that opposing
19                  counsel will agree that all such experts must be bound by the terms of this
20                  Order, and provided that all such experts will execute the attached
21                  "Acknowledgement of Receipt of Protective Order"; and
22          e.      The Court.
23
24 STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S
   MEDICAL/COUNSELING RECORDS, PERSONAL INFORMATION
   AND DEPOSITION TESTIMONY - 3

1  Every "Protected Document" shall remain at all times under the custody of counsel for
2  the party or parties obtaining such documents, and /or persons as defined in paragraph 2.

3  3. After termination of this litigation, including any appeals, the provisions of this
4  order shall continue to be binding, except with respect to those documents and information that
5  become a matter of public record. This Court retains and shall have jurisdiction over the parties
6  and recipients of the "Protected Document" for enforcement of the provisions of this Protective
7  Order following termination of this litigation.

8  4. Any "Protected Documents" that either of the parties file in this case shall be filed
9  under seal, enclosed in an envelope with the following coversheet/label:

10  "CONFIDENTIAL DOCUMENT"

11  "PURSUANT TO PROTECTIVE ORDER"

12  United States District Court, Western District of Washington at Tacoma

13  NO. C05-5099FDB

14  This same notation will also be on the face of each protected document in red ink.

15  IT IS HEREBY ORDERED this 7th day of February 2006.

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S
MEDICAL/COUNSELING RECORDS, PERSONAL INFORMATION
AND DEPOSITION TESTIMONY - 4

PRESENTED BY:

STRITMATTER KESSLER WHELAN
WITHEY COLUCCIO

_____
MICHAEL E. WITHEY, WSBA 4787
KEVIN COLUCCIO, WSBA 16245
Counsel for Plaintiff


TACOMA CITY ATTORNEY
CIVIL DIVISION


_____
JEAN HOMAN, WSBA #27084
Counsel for Defendant

STIPULATION FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S
MEDICAL/COUNSELING  RECORDS, PERSONAL INFORMATION
AND DEPOSITION TESTIMONY - 5