Hon. FRANKLIN D. BURGESS

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA BOSKOVICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TACOMA, a governmental entity under the laws of the State of Washington,<br><br>Defendant. | NO.  C05-5099 FDB<br><br>ORDER VACATING ORDER AWARDING COSTS TO DEFENDANT CITY OF TACOMA |

This matter having come on regularly before the undersigned Judge of the above-entitled Court upon the agreement and stipulation of the parties to dismiss the appeal of this case and to vacate this Court's order granting the City of Tacoma's motion for costs, the Court having reviewed the records and files herein,

NOW, THEREFORE, IT IS HEREBY ORDERED that the order of this Court entered on April 5, 2006, granting the City of Tacoma's motion for its costs in this case is VACATED.

ORDER VACATING ORDER AWARDING COSTS
TO DEFENDANT CITY OF TACOMA - 1

DATED this 18th day of July 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

STRITMATTER KESSLER WHELAN
WITHEY COLUCCIO

_____
KEVIN COLUCCIO, WSBA #16245
Attorneys for Plaintiff Sylvia Boscovich

Approved as to form;
Notice of presentation waived by:

CITY OF TACOMA

_____
JEAN P. HOMAN, WSBA#27084
Tacoma City Attorney, Civil Division

ORDER VACATING ORDER AWARDING COSTS
TO DEFENDANT CITY OF TACOMA - 2